SWAN, Appellant, v. KEOUGH, Respondent. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Alden S. Swan against Edward Keough. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant within 30 days serve his case and exceptions upon plaintiff's attorney, and pay $10 costs of this motion.

SWART, Respondent, v. VILLAGE OF SARATOGA SPRINGS, Appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by Wallace Swart against the village of Saratoga Springs. No opinion. Judgment and order affirmed, with costs.

TERRY, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Cornelia T. Terry against Katherine T. Moore. C. E. Souther, for appellant. A. B. Candler, for respondent. No opinion. Judgment affirmed, with costs. See 42 N. Y. Supp. 51.

TOAL, Appellant, v. SOHER, Respondent. (City Court of New York, General Term. February 23, 1898.) Action by Ella Toal against Andrew Soher. Hardy & Schellabarger, for appellant. William Hildreth and Field & Deshon, for respondent.

FITZSIMONS, C. J. I think that the special term justice, upon the papers submitted to him herein, was justified in opening defendant's default. Such papers, in my opinion, presented sufficient cause for so doing. The terms imposed, I think, were insufficient. In addition to such terms, the plaintiff should have been allowed all disbursements incurred by her. The order appealed from is modified to that extent, and, as so modified, is affirmed, without costs. CONLAN, J., concurs.

TRACY, Appellant, v. JAQUES, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Rollin Tracy against Livingston Jaques. R. Tracy, for appellant. W. H. Sage, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

TRAKINER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Benjamin Trakiner, an infant, by Samuel Trakiner, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

TRAVELERS' INS. CO. v. HEALEY et al. (Supreme Court, Appellate Division, Third Department. January 20, 1898.) Action by the Travelers' Insurance Company against Ann Healey and others. No opinion. Order amended by inserting in place of "fund brought into court" the following words and figures: "$740, with interest from the date of the commencement of the action." Motion in other respects denied. See 44 N. Y. Supp. 1043; 49 N. Y. Supp. 29.

TRUE v. LEHIGH VAL. R. CO. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Josephine True against the Lehigh Valley Railroad Company. No opinion. Motion for reargument denied. See 48 N. Y. Supp. 86.

TRUMAN, Appellant, v. LOMBARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by James C. Truman against Benjamin Lombard, Jr., impleaded with others. No opinion. Motion to dismiss appeal denied, without costs. Order modified, so as to direct that, within 30 days from the date of this decision, the plaintiff pay to defendant the amount directed to be paid by the decree herein, with interest thereon from the 6th day of April, 1897, and that in default thereof the said decree and judgment be set aside, and the complaint in the action dismissed. Order affirmed in all other respects, without costs of this appeal to either party. See 42 N. Y. Supp. 262.